MELISSA HOLYOAK, United States Attorney (#9832)
BRYAN REEVES, Assistant United States Attorney (DC #99479)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682 • Facsimile: (801) 524-3399

FILED
2026 JUN 1 AM 11:15
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MISDEMEANOR INFORMATION |
| Plaintiff, | : | |
| | | VIO. 8 U.S.C. § 1325(a)(2) |
| vs. | : | |
| CLAUDIO HUMBERTO BORQUEZ-FELIX, | : | (ELUDING EXAMINATION OR INSPECTION BY IMMIGRATION OFFICERS) |
| | : | Case: 2:26−po−00355<br>Assigned To : Romero, Cecilia M.<br>Assign. Date : 6/1/2026<br>Description: USA v Borquez−Felix |
| Defendant. | | |

The United States Attorney charges:

COUNT I

That the defendant herein,

CLAUDIO HUMBERTO BORQUEZ-FELIX,

an alien, between on or after June 12, 2018, until June 1, 2026, did knowingly elude examination and inspection by immigration officers until his apprehension on or

about June 1, 2026, by immigration officers in the District of Utah, all in violation of Title 8, United States Code, Section 1325(a)(2).

DATED this 1st day of June, 2026.

MELISSA HOLYOAK
United States Attorney

For: ______________________
BRYAN REEVES
Assistant United States Attorney